1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

JOHN ROBERT DEMOS,

9

Petitioner,

NO.  C18-1150-MJP

10

v.

11

DONALD R. HOLBROOK,

ORDER DIRECTING CLERK TO
ADMINISTRATIVELY CLOSE
MATTER AND TO STRIKE ANY
PENDING MOTIONS

12

Respondent.

13

14      The Court, having reviewed the Report and Recommendation of the Honorable James P.

15  Donohue, United States Magistrate Judge, and any objections or responses to that, and the

16  remaining record, finds and Orders as follows:

17      1.  The Court ADOPTS the Report and Recommendation.

18      2.  The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as

19          moot.  *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997).

20      3.  The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

21          DATED this _____ day of _____, 2018.

22

23                                        _____

24                                        MARSHA J. PECHMAN
                                          United States District Judge

ORDER - 1